IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Civil Action No: 24-mc-00012-RMR | Date: September 10, 2024 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Sadie Herbert |

| *Parties:* | *Counsel:* |
|---|---|
| NUTRIEN AG SOLUTIONS, INC., | Laurence DeMuth, III |
| Plaintiff, | |
| v. | |
| WTAS, LLC, | Christopher Yost (by VTC) |
| KYLEE RICH, | Cannon Fairfax Allen, Sr. (by VTC) |
| MELODY L. RICH, | |
| Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING**

**3:00 p.m.     Court in session.**

Court calls case. Appearance of counsel.

Preliminary remarks by the Court.

Discussion and argument regarding Defendants' Motion for Extension of Time [ECF No. 20], and Defendants' Motion to Compel and for Sanctions [ECF No. 25]

For the reasons stated on the record it is

**ORDERED:**   Defendants' Motion to Compel and For Sanctions [ECF No. 25] is DENIED.

**ORDERED:**   This case will be closed.

**3:44 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:44